# EXHIBIT D

 **Veterinary Internship & Residency Matching Program**®

# Applicants
## Getting Started

## Important Information for Applicants

The Veterinary Internship and Residency Matching Program® (VIRMP®) is sponsored by the American Association of Veterinary Clinicians (AAVC). You should review the information in the VIRMP Info section to understand how the match works and what is expected in addition to the information shared here.

- The VIRMP is a listing and matching service and does not evaluate or accredit programs. The VIRMP does not set the admission requirements for programs. It is the responsibility of each internship/residency program to determine if applicants meet the requirements for their program.

- Applicants agree to the VIRMP Terms of Service **at the time of registration**. Please review the Terms of Service.

- The VIRMP Terms of Service require applicants who are matched to a program to show up for and start the program. If an applicant does not start their matched program and is not released in writing by that program, the applicant may be subject to a sanction from participating in the VIRMP for a period of 3 years.

- Applicants will complete a standard application packet that will be shared with all programs to which they apply. View Application Packet Contents

- Applicants who are enrolled in both the internship and residency matches will submit a separate personal statement and set of references for each match. If the same individuals are used as a reference, they will receive a separate link for and **must** submit a letter for each match.

- The VIRMP application deadlines are strongly enforced. You must complete your application packet and apply to programs by **January 6, 2025 at 9:00 pm Eastern Standard Time**. Lab Animal Medicine residencies may have an earlier application deadline. Please check the program description for more details.

- Fees

- 10 or fewer Applications - $95.00
- 11 to 20 Applications - $260.00
- 21 or more Applications - $365.00

# Foreign Graduates

Foreign graduates are eligible to participate in the VIRMP. It is the responsibility of the applicant to ensure that they meet the requirements of the program to which they are applying. Applicants should contact the internship or residency programs directly with questions regarding their eligibility.

# Getting Started

Applicants can register for the VIRMP starting on November 1, 2024. Create an Account

## Important Dates

**Applications Open**
Friday, November 1, 2024

**Applications Deadline**
Monday, January 6, 2025
9:00 PM EST

**Rank Order List Deadline**
Friday, February 14, 2025
9:00 PM EST

**Match Day**
Monday, March 3, 2025

---

Copyright © 2025 American Association of Veterinary Clinicians

VIRMP® is sponsored by the American Association of Veterinary Clinicians. Developed and Administered by Solution Innovations, Inc.

VIRMP and Veterinary Internship & Residency Matching Program are registered trademarks

of the American Association of Veterinary Clinicians.

The American Association of Veterinary Clinicians and the Veterinary Internship and Residency Matching Program® embrace community and belonging and promote those values in the veterinary medical profession.