CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
April 14, 2025
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
     DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **RILEY AMORE; and CAROLINE PARKER,**<br><br>*individually and on behalf of all others similarly situated*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL HOLDINGS, LLC; MEDVET ASSOCIATES, LLC; RED BANK VETERINARY HOSPITAL, P.C.; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; COLLEGE OF VETERINARY MEDICINE AT MIDWESTERN UNIVERSITY; NATIONAL VETERINARY ASSOCIATES, INC.; PIEPER-OLSON VETERINARY PARENT, LLC; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,**<br><br>    **Defendants.** | Case No. 7:25-cv-00229-EKD-CKM |

**ORDER GRANTING MOTION FOR**
***PRO HAC VICE* ADMISSION OF FRANK S. HEDIN**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Frank S. Hedin, dated April 9, 2025, it is hereby

ORDERED that Frank S. Hedin is specially admitted to appear and participate in the above-captioned action as co-counsel on behalf of Plaintiffs Riley Amore and Caroline Parker, individually and on behalf of all others similarly situated. The Clerk shall provide electronic notice of all electronic filings to Frank S. Hedin at the following email address: fhedin@hedinllp.com.

Entered:  4/14/2025                                         _____
                                                            _ United States Magistrate Judge