UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **RILEY AMORE; and CAROLINE PARKER,**<br><br>*individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>**AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL HOLDINGS, LLC; MEDVET ASSOCIATES, LLC; RED BANK VETERINARY HOSPITAL, P.C.; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; COLLEGE OF VETERINARY MEDICINE AT MIDWESTERN UNIVERSITY; NATIONAL VETERINARY ASSOCIATES, INC.; PIEPER-OLSON VETERINARY PARENT, LLC; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,**<br><br>    Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

### MOTION FOR *PRO HAC VICE* ADMISSION OF MATTHEW J. PEREZ

Petitioner Roman Lifson, Esq., an attorney admitted to practice in this Court and counsel of record in the instant proceeding, pursuant to Local General Rule 6(d), hereby moves for the *pro hac vice* admission of Matthew J. Perez, Esq., to appear, associate, and participate as co-counsel

on behalf of Plaintiffs Riley Amore and Caroline Parker, individually and on behalf of all others similarly situated, in the above-styled case only, and to receive and make electronic filings in this case, and in support thereof state as follows:

1. Mr. Matthew J. Perez is a Partner at the law firm:

   SCOTT+SCOTT ATTORNEYS AT LAW
   The Helmsley Building
   230 Park Avenue, 24th Floor
   New York, NY 10169
   (212) 233-6444

2. Mr. Matthew J. Perez is neither qualified nor licensed to practice in the Commonwealth of Virginia.

3. Mr. Matthew J. Perez is admitted to and a member in good standing of the bar of the State of New York, No. 4937728, and is qualified and licensed to practice before the United States District Court for the Southern District of New York, No. MP-3142.

4. Mr. Matthew J. Perez will promptly qualify for electronic case filing as required by Local Rule 6(d).

5. The Declaration of Mr. Matthew J. Perez in support hereof is attached hereto and incorporated herein by reference.

6. A draft Order is also attached hereto and incorporated herein by reference.

WHEREFORE, I, Roman Lifson, Esq., respectfully move this Court to enter an Order permitting Mr. Matthew J. Perez to appear *pro hac vice*, and participate as co-counsel on behalf of Plaintiffs Riley Amore and Caroline Parker, individually and on behalf of all others similarly situated, for all purposes relating to the proceedings in the above-styled case and directing the Clerk to provide notice of electronic filings to Matthew J. Perez at matt.perez@scott-scott.com.

Dated: April 18, 2025.                                  Respectfully submitted,

/s/ *Roman Lifson*
Roman Lifson (VSB #43714)
David B. Lacy (VSB #71177)
CHRISTIAN & BARTON, LLP
901 E. Cary Street, Suite 1800
Richmond, VA  23219
Tel: (804) 697-4100
Fax: (804) 697-6112
rlifson@cblaw.com
dlacy@cblaw.com

Frank S. Hedin*
Florida Bar No. 109698
Julie Holt*
Florida Bar No. 95997
HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
fhedin@hedinllp.com
jholt@hedinllp.com

Tyler K. Somes*
Washington DC Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3331
tsomes@hedinllp.com

Matthew J. Perez*
New York Bar. No. 4937728
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 233-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan*
New York Bar. No.  5770276
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192

Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

* Pro Hac Vice Application Forthcoming

*Counsel for Plaintiffs and the Proposed Class*

4