UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE; and CAROLINE PARKER,<br><br>*individually and on behalf of all others similarly situated*,<br><br>   Plaintiffs,<br>v.<br><br>AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL HOLDINGS, LLC; MEDVET ASSOCIATES, LLC; RED BANK VETERINARY HOSPITAL, P.C.; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; COLLEGE OF VETERINARY MEDICINE AT MIDWESTERN UNIVERSITY; NATIONAL VETERINARY ASSOCIATES, INC.; PIEPER-OLSON VETERINARY PARENT, LLC; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,<br><br>   Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

**ORDER GRANTING MOTION FOR**
***PRO HAC VICE* ADMISSION OF MATTHEW J. PEREZ**

  Upon consideration of the Motion for *Pro Hac Vice* Admission of Matthew J. Perez, dated April 18, 2025, it is hereby

ORDERED that Matthew J. Perez is specially admitted to appear and participate in the above-captioned action as co-counsel on behalf of Plaintiffs Riley Amore and Caroline Parker, individually and on behalf of all others similarly situated. The Clerk shall provide electronic notice of all electronic filings to Matthew J. Perez at the following email address: matt.perez@scott-scott.com.

Entered: _____     _____
United States District Judge