## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **RILEY AMORE; and CAROLINE PARKER,** | |
| *individually and on behalf of all others similarly situated*, | |
| **Plaintiffs,** | Case No. 7:25-cv-00229-EKD-CKM |
| **v.** | |
| **AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL HOLDINGS, LLC; MEDVET ASSOCIATES, LLC; RED BANK VETERINARY HOSPITAL, P.C.; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; COLLEGE OF VETERINARY MEDICINE AT MIDWESTERN UNIVERSITY; NATIONAL VETERINARY ASSOCIATES, INC.; PIEPER-OLSON VETERINARY PARENT, LLC; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,** | |
| **Defendants.** | |

### MOTION FOR *PRO HAC VICE* ADMISSION OF PATRICK J. MCGAHAN

Petitioner Roman Lifson, Esq., an attorney admitted to practice in this Court and counsel

of record in the instant proceeding, pursuant to Local General Rule 6(d), hereby moves for the *pro*

*hac vice* admission of Patrick J. McGahan, Esq., to appear, associate, and participate as co-counsel

on behalf of Plaintiffs Riley Amore and Caroline Parker, individually and on behalf of all others similarly situated, in the above-styled case only, and to receive and make electronic filings in this case, and in support thereof state as follows:

1.     Mr. Patrick J. McGahan is a Partner at the law firm:

SCOTT+SCOTT ATTORNEYS AT LAW
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537

2.     Mr. Patrick J. McGahan is neither qualified nor licensed to practice in the Commonwealth of Virginia.

3.     Mr. Patrick J. McGahan is admitted to and a member in good standing of the bar of the State of New York, No. 770276, and is qualified and licensed to practice before the United States District Court for the Southern District of New York.

4.     Mr. Patrick J. McGahan will promptly qualify for electronic case filing as required by Local Rule 6(d).

5.     The Declaration of Mr. Patrick J. McGahan in support hereof is attached hereto and incorporated herein by reference.

6.     A draft Order is also attached hereto and incorporated herein by reference.

WHEREFORE, I, Roman Lifson, Esq., respectfully move this Court to enter an Order permitting Mr. Patrick J. McGahan to appear *pro hac vice*, and participate as co-counsel on behalf of Plaintiffs Riley Amore and Caroline Parker, individually and on behalf of all others similarly situated, for all purposes relating to the proceedings in the above-styled case and directing the Clerk to provide notice of electronic filings to Patrick J. McGahan at pmcgahan@scott-scott.com.

Dated: April 18, 2025.                    Respectfully submitted,


                                          /s/ *Roman Lifson*
                                          Roman Lifson (VSB #43714)
                                          David B. Lacy (VSB #71177)
                                          CHRISTIAN & BARTON, LLP
                                          901 E. Cary Street, Suite 1800
                                          Richmond, VA  23219
                                          Tel: (804) 697-4100
                                          Fax: (804) 697-6112
                                          rlifson@cblaw.com
                                          dlacy@cblaw.com

                                          Frank S. Hedin*
                                          Florida Bar No. 109698
                                          Julie Holt*
                                          Florida Bar No. 95997
                                          HEDIN LLP
                                          1395 Brickell Avenue, Suite 610
                                          Miami, Florida 33131
                                          Telephone: (305) 357-2107
                                          fhedin@hedinllp.com
                                          jholt@hedinllp.com

                                          Tyler K. Somes*
                                          Washington DC Bar No. 90013925
                                          HEDIN LLP
                                          1100 15th Street NW, Ste 04-108
                                          Washington, D.C. 20005
                                          Telephone: (202) 900-3331
                                          tsomes@hedinllp.com

                                          Matthew J. Perez*
                                          New York Bar. No. 4937728
                                          SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                          The Helmsley Building
                                          230 Park Avenue, 24th Floor
                                          Telephone: (212) 233-6444
                                          Facsimile: (212) 223-6334
                                          matt.perez@scott-scott.com

                                          Patrick McGahan*
                                          New York Bar. No.  5770276
                                          SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                          156 South Main Street
                                          P.O. Box 192

3

Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

* Pro Hac Vice Application Forthcoming

*Counsel for Plaintiffs and the Proposed Class*