# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **RILEY AMORE; and CAROLINE PARKER,** *individually and on behalf of all others similarly situated,* <br><br> **Plaintiffs,** <br> **v.** <br><br> **AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL HOLDINGS, LLC; MEDVET ASSOCIATES, LLC; RED BANK VETERINARY HOSPITAL, P.C.; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; COLLEGE OF VETERINARY MEDICINE AT MIDWESTERN UNIVERSITY; NATIONAL VETERINARY ASSOCIATES, INC.; PIEPER-OLSON VETERINARY PARENT, LLC; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,** <br><br> **Defendants.** | Case No. 7:25-cv-00229-EKD-CKM |

## DECLARATION OF SEAN C. RUSSELL

I, Sean C. Russell, declare as follows:

1.      I submit this Declaration in support of Roman Lifson's Motion for *Pro Hac Vice* Admission of Sean C. Russell.

2.      I am an attorney at the law firm Scott+Scott Attorneys At Law, having a telephone number of (619) 233-4564 and a fax number of (619) 233-0508.

3.      I am admitted to and a member in good standing of the bar of the State of California, No. CA 308962, and am qualified and licensed to practice before the United States District Court for the Southern District of California.

4.      I am applying for *pro hac vice* admission to the United States District Court for the Western District of Virginia to appear and associate with Mr. Lifson only for the conduct of the above-captioned case.

5.      I will abide by all applicable and local rules of the United States District Court for the Western District of Virginia, and will promptly qualify for electronic case filing as required by Local Rule 6(d).

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  April 18, 2025.                          /s/ *Sean C. Russell*
                                                 Sean C. Russell
                                                 California Bar. No. CA 308962
                                                 SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                                 600 W. Broadway
                                                 Suite 3300
                                                 San Diego, CA 92101
                                                 Telephone: (619) 233-4565
                                                 Facsimile: (619) 233-0508
                                                 srussell@scott-scott.com