CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 21, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **RILEY AMORE; and CAROLINE PARKER,**<br><br>*individually and on behalf of all others similarly situated*,<br><br>  Plaintiffs,<br>v.<br><br>**AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL HOLDINGS, LLC; MEDVET ASSOCIATES, LLC; RED BANK VETERINARY HOSPITAL, P.C.; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; COLLEGE OF VETERINARY MEDICINE AT MIDWESTERN UNIVERSITY; NATIONAL VETERINARY ASSOCIATES, INC.; PIEPER-OLSON VETERINARY PARENT, LLC; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,**<br><br>  Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF PATRICK J. MCGAHAN

Upon consideration of the Motion for *Pro Hac Vice* Admission of Patrick J. McGahan, dated April 18, 2025, it is hereby

ORDERED that Patrick J. McGahan is specially admitted to appear and participate in the above-captioned action as co-counsel on behalf of Plaintiffs Riley Amore and Caroline Parker, individually and on behalf of all others similarly situated. The Clerk shall provide electronic notice of all electronic filings to Patrick J. McGahan at the following email address: pmcgahan@scott-scott.com.

Entered:  April 21, 2025

_____
United States Magistrate Judge