| Attorney or Party without Attorney: <br> Roman Lifson <br> Christian & Barton, LLP <br> 901 E. Cary Street, Suite 1800 <br> Richmond, VA 23219 <br> Telephone No: 804-697-4100  FAX No: 860-537-4432 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Western District Of Virginia | |
| Plaintiff(s): Riley Amore, et al. <br> Defendant: American Association of Veterinary Clinicians, et al. | |

| **AFFIDAVIT OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 25CV00229EKDCKM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation

3. a. Party served: Red Bank Veterinary Hospital, P.C.

4. Address where the party was served: 100 Schulz Drive, Red Bank, NJ 07701

5. I served the party:
   b. **by substituted service.** On: Sat., Apr. 12, 2025 at: 9:04AM by leaving the copies with or in the presence of:
      Jordin Clarke, Manager, Caucasian, Male, 26 Years Old, Brown Hair, 6 Feet, 240 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. John Aunemma
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEW JERSEY that the foregoing is true and correct.

4-16-2025 (Date)   (Signature)

8. STATE OF NEW JERSEY, COUNTY OF Burlington
Subscribed and sworn to (or affirmed) before me on this 16 day of April by John Aunemma
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE
Summons and Complaint

(Notary Signature) otif.278919

Dawn Rodriguez
Notary Public
New Jersey
My commission expires 7-22-2028
No. 2436529