| *Attorney or Party without Attorney:*<br>Roman  Lifson<br>Christian & Barton, LLP<br>901 E. Cary Street, Suite 1800<br>Richmond, VA  23219<br>*Telephone No:* 804-697-4100          *FAX No:* 860-537-4432 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| *Attorney for:* Plaintiff(s) | | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br> United States District Court Western District Of Virginia | | | | | |
| *Plaintiff(s):* Riley Amore, et al. | | | | | |
| *Defendant:* American Association of Veterinary Clinicians, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV00229EKDCKM | |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Class Action Complaint; Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation

*3.  a. Party served:*            The Animal Medical Center, Inc.
   *b. Person served:*          Keisha Sherwood, Person Authorized to Accept Services, African American,
                            Female, 35 Years Old, Black Hair, Glasses Eyes, 5 Feet, 125 Pounds

*4.  Address where the party was served:*          510 East 62nd Street
                                          New York, NY  10065

*5.  I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Fri., Apr. 11, 2025 (2) at: 10:26AM

*7. Person Who Served Papers:*
   a. Bobby  Ali
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
NEW YORK that the foregoing is true and correct.

4/17/25
*(Date)*

*(Signature)*

*8. STATE OF NEW YORK, COUNTY OF* NEW YORK

*Subscribed and sworn to (or affirmed) before me on this* 17th *day of* April, 2025 *by  Bobby  Ali*

*proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

**AFFIDAVIT OF SERVICE**
**Summons and Complaint**

*(Notary Signature)*          *rolif.278918*

STEVEN MITCHELL
Notary Public, State of New York
Reg. No.01-MI-6326046
Qualified in New York County
Commission Expires June 8, 20 27