| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Roman Lifson<br>Christian & Barton, LLP<br>901 E. Cary Street, Suite 1800<br>Richmond, VA 23219<br>Telephone No: 804-697-4100   FAX No: 860-537-4432 | | | | | |
| | | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court Western District Of Virginia | | | | | |
| Plaintiff(s): Riley Amore, et al. | | | | | |
| Defendant: American Association of Veterinary Clinicians, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV00229EKDCKM | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation

3. a. Party served:  Bluepearl Operations, LLC
   b. Person served: Lauren Phillips, Service of Process Intake Clerk, Caucasian, Female, 45 Years Old, Brown Hair, 6 Feet, 165 Pounds

4. Address where the party was served:  CT Corporation
   4701 Cox Road, Suite 285
   Glen Allen, VA 23060

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 11, 2025 (2) at: 2:15PM

7. Person Who Served Papers:
   a. Kenneth Condrey
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of VIRGINIA that the foregoing is true and correct.

4-21-2025
(Date)       (Signature)

8. STATE OF VIRGINIA, COUNTY OF Chesterfield
Subscribed and sworn to (or affirmed) before me on this 21st day of April 2025 by Kenneth Condrey proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Karen L Rice
(Notary Signature)

AFFIDAVIT OF SERVICE
Summons and Complaint

rolif.278927