| Attorney or Party without Attorney:<br>Roman Lifson<br>Christian & Barton, LLP<br>901 E. Cary Street, Suite 1800<br>Richmond, VA 23219<br>Telephone No: 804-697-4100    FAX No: 860-537-4432<br><br>Attorney for: Plaintiff(s) | | | | For Court Use Only |
|---|---|---|---|---|
| Ref. No. or File No.: | | | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Western District Of Virginia

Plaintiff(s): Riley Amore, et al.
Defendant: American Association of Veterinary Clinicians, et al.

| AFFIDAVIT OF SERVICE<br>Summons and Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV00229EKDCKM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation

3. a. Party served:                    VCA Animal Hospitals, Inc.
   b. Person served:                  Rene Nordquist, Service of Process Intake Clerk, Caucasian, Female, 65 Years Old, Blond Hair, Glasses Eyes, 5 Feet 8 Inches, 200 Pounds

4. Address where the party was served:   Corporation Service Company
                                         100 Shockoe Slip, 2nd Floor
                                         Richmond, VA 23519

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 11, 2025 (2) at: 12:25PM

7. **Person Who Served Papers:**                    Fee for Service:
   a. Kenneth Condrey                               I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research & Litigation**        VIRGINIA that the foregoing is true and correct.
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   4-21-2025                                         _____
   (Date)                                            (Signature)

8. STATE OF VIRGINIA, COUNTY OF _Chesterfield_

Subscribed and sworn to (or affirmed) before me on this _21_ day of _April_ _2025_    by Kenneth Condrey

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                                                        _Karen L Rice_
                                                        (Notary Signature)

AFFIDAVIT OF SERVICE
Summons and Complaint                                                            rolif.278923