IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE and CAROLINE PARKER,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN ASSOCIATION OF<br>VETERINARY CLINICIANS et al.,<br><br>    Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF CHRISTOPHER C. YOOK

Kevin J. O'Brien, a member in good standing of the bar of this Court, respectfully moves this Court for the admission *pro hac vice* of Christopher C. Yook to serve as co-counsel for Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC in this matter. In support of this request, movant states as follows:

1. Christopher C. Yook is qualified and licensed to practice law in the State of Maryland and the District of Columbia. His Maryland bar number is 1112150306 and his District of Columbia bar number is 1021978.

2. Mr. Yook practices with the law firm of King & Spalding LLP, maintaining a business address at 1700 Pennsylvania Avenue, NW Suite 900 Washington, DC 20006.

3. Mr. Yook has been admitted to practice and is in good standing in the following federal courts:

| Court: | Admission Date: |
|---|---|
| U.S. Court of Appeals for the Federal Circuit | 2015 |
| U.S. Court of International Trade | 2015 |

| | |
|---|---|
| U.S. District Court for the Eastern District of Michigan | 2015 |
| U.S. District Court for the District of Maryland | 2025 |

4. Mr. Yook has not previously sought admission *pro hac vice* in the U.S. District Court for the Western District of Virginia.

5. Mr. Yook's contact information is as follows:

>Christopher C. Yook
>KING & SPALDING LLP
>1700 Pennsylvania Avenue NW, Suite 900
>Washington, DC 20006
>Tel: (202) 737-0500
>Fax: (202) 626-3737
>cyook@kslaw.com

**WHEREFORE**, movant requests the entry of an order admitting Mr. Yook to practice *pro hac vice* as co-counsel for Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC.

Respectfully submitted,

May 8, 2025

*/s/ Kevin J. O'Brien*
Kevin J. O'Brien (VSB No. 78886)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Phone: (212) 827-4088
kobrien@kslaw.com

*Counsel for VCA Animal Hospitals, Inc. and BluePearl Operations, LLC*