**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| RILEY AMORE and CAROLINE PARKER,<br><br>   Plaintiffs,<br><br>v.<br><br>AMERICAN ASSOCIATION OF VETERINARY CLINICIANS et al.,<br><br>   Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF CHRISTOPHER C. YOOK**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Christopher C. Yook, dated May 8, 2025, it is hereby **ORDERED** that Christopher C. Yook is admitted to appear in the above-captioned action as co-counsel on behalf of Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC. The Clerk shall provide electronic notice of all electronic filings to Christopher C. Yook at the following email address: cyook@kslaw.com.

Entered: _____                    _____
                                              United States District Judge