# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE and CAROLINE PARKER,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN ASSOCIATION OF<br>VETERINARY CLINICIANS et al.,<br><br>    Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DIANA LIU

Kevin J. O'Brien, a member in good standing of the bar of this Court, respectfully moves this Court for the admission *pro hac vice* of Diana Liu to serve as co-counsel for Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC in this matter. In support of this request, movant states as follows:

1. Diana Liu is qualified and licensed to practice law in the State of California. Her California bar number is 327201.

2. Ms. Liu practices with the law firm of King & Spalding LLP, maintaining a business address at 50 California Street, Suite 3300 San Francisco, CA 94111.

3. Ms. Liu has been admitted to practice and is in good standing in the following federal courts:

| **Court:** | **Admission Date:** |
|---|---|
| U.S. Court of Appeals for the First Circuit | 2024 |
| U.S. District Court for the Northern District of California | 2019 |

4. Ms. Liu has not previously sought admission *pro hac vice* in the U.S. District Court for the Western District of Virginia.

5. Ms. Liu's contact information is as follows:

> Diana Liu
> KING & SPALDING LLP
> 50 California Street, Suite 3300
> San Francisco, CA 94111
> Tel: (415) 318-1200
> Fax: (415) 318-1300
> dliu@kslaw.com

**WHEREFORE**, movant requests the entry of an order admitting Ms. Liu to practice *pro hac vice* as co-counsel for Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC.

Respectfully submitted,

May 8, 2025

*/s/ Kevin J. O'Brien*
Kevin J. O'Brien (VSB No. 78886)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036-2601
Phone: (212) 827-4088
kobrien@kslaw.com

*Counsel for VCA Animal Hospitals, Inc. and BluePearl Operations, LLC*