# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE and CAROLINE PARKER, | |
| Plaintiffs, | |
| v. | Case No. 7:25-cv-00229-EKD-CKM |
| AMERICAN ASSOCIATION OF VETERINARY CLINICIANS et al., | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DIANA LIU

Upon consideration of the Motion for Admission *Pro Hac Vice* of Diana Liu, dated May 8, 2025, it is hereby **ORDERED** that Diana Liu is admitted to appear in the above-captioned action as co-counsel on behalf of Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC. The Clerk shall provide electronic notice of all electronic filings to Diana Liu at the following email address: dliu@kslaw.com.

Entered: _____  _____

United States District Judge