IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE and CAROLINE PARKER,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN ASSOCIATION OF<br>VETERINARY CLINICIANS et al.,<br><br>    Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

## MOTION FOR ADMISSION *PRO HAC VICE* OF EMILY MARSTELLER

Kevin J. O'Brien, a member in good standing of the bar of this Court, respectfully moves this Court for the admission *pro hac vice* of Emily Marsteller to serve as co-counsel for Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC in this matter.  In support of this request, movant states as follows:

1.  Emily Marsteller is qualified and licensed to practice law in the District of Columbia. Her District of Columbia bar number is 90007738.

2.  Ms. Marsteller practices with the law firm of King & Spalding LLP, maintaining a business address at 1700 Pennsylvania Avenue NW, Suite 900, Washington, DC 20006.

3.  Ms. Marsteller has not previously sought admission *pro hac vice* in the U.S. District Court for the Western District of Virginia.

4.  Ms. Marsteller's contact information is as follows:

>   Emily Marsteller
>   KING & SPALDING LLP
>   1700 Pennsylvania Avenue NW, Suite 900
>   Washington, DC 20006
>   Tel: (202) 737-0500
>   Fax: (202) 626-3737
>   emarsteller@kslaw.com

**WHEREFORE**, movant requests the entry of an order admitting Ms. Marsteller to practice *pro hac vice* as co-counsel for Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC.

                                            Respectfully submitted,

May 8, 2025

                                            */s/ Kevin J. O'Brien*
Kevin J. O'Brien (VSB No. 78886)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036-2601
Phone: (212) 827-4088
kobrien@kslaw.com

*Counsel for VCA Animal Hospitals, Inc. and BluePearl Operations, LLC*