IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE and CAROLINE PARKER,<br><br>     Plaintiffs,<br><br>v.<br><br>AMERICAN ASSOCIATION OF<br>VETERINARY CLINICIANS et al.,<br><br>     Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF EMILY MARSTELLER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Emily Marsteller, dated May 8, 2025, it is hereby **ORDERED** that Emily Marsteller is admitted to appear in the above-captioned action as co-counsel on behalf of Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC. The Clerk shall provide electronic notice of all electronic filings to Emily Marsteller at the following email address: emarsteller@kslaw.com.


Entered: _____                    _____
                                               United States District Judge