# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE and CAROLINE PARKER, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ASSOCIATION OF VETERINARY CLINICIANS et al., <br><br> Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ADRIANA DUNN

Upon consideration of the Motion for Admission *Pro Hac Vice* of Adriana Dunn, dated May 8, 2025, it is hereby **ORDERED** that Adriana Dunn is admitted to appear in the above-captioned action as co-counsel on behalf of Defendants VCA Animal Hospitals, Inc. and BluePearl Operations, LLC. The Clerk shall provide electronic notice of all electronic filings to Adriana Dunn at the following email address: adunn@kslaw.com.

Entered: _____          _____
                                                                        United States District Judge