# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RILEY AMORE; and CAROLINE PARKER,** *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL OPERATIONS, LLC; MEDVET ASSOCIATES, LLC; RED BANK VETERINARY HOSPITAL, P.C.; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,**<br><br>　　　　Defendants. | Case No. 7:25-cv-00229-EKD-CKM |

### STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE

WHEREAS, on April 2, 2025, Plaintiffs filed their Complaint (ECF No. 1);

WHEREAS, every Defendant had been served or entered a waiver of service (ECF Nos. 18–25, 27–34);

WHEREAS, the latest answer deadline for any Defendant currently noted on the docket falls on June 27, 2025 (ECF Nos. 29–31, 34);

WHEREAS, to facilitate the orderly and efficient progression of this litigation, Plaintiffs and Defendants have conferred and agreed to a briefing schedule concerning Defendants' anticipated responses to and/or motions to dismiss the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the parties in the above-captioned matter, subject to the Court's approval, as follows:

1. The following schedule shall govern proceedings in the above-captioned action:

    (a) Defendants shall answer, move to dismiss, or otherwise respond to the Complaint by **June 27, 2025**;

    (b) Plaintiffs shall file briefs in opposition to any motion(s) to dismiss by **August 11, 2025**; and

    (c) Defendants shall file any replies in support of their motion(s) to dismiss by **September 10, 2025**.

Dated: May 13, 2025.

Respectfully submitted,

/s/ Roman Lifson
Roman Lifson (VSB #43714)
David B. Lacy (VSB #71177)
CHRISTIAN & BARTON, LLP
901 E. Cary Street, Suite 1800
Richmond, VA  23219
Tel: (804) 697-4100
Fax: (804) 697-6112
rlifson@cblaw.com
dlacy@cblaw.com

Frank S. Hedin (*pro hac vice*)
Florida Bar No. 109698
Julie Holt (*pro hac vice*)
Florida Bar No. 95997
HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131

Telephone: (305) 357-2107
fhedin@hedinllp.com
jholt@hedinllp.com

Tyler K. Somes (*pro hac vice*)
Washington DC Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3331
tsomes@hedinllp.com

Matthew J. Perez (*pro hac vice*)
New York Bar. No. 4937728
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
Telephone: (212) 233-6444
Facsimile: (212) 223-6334
matt.perez@scott-scott.com

Patrick McGahan (*pro hac vice*)
New York Bar. No.  5770276
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

*Counsel for Plaintiffs and the Proposed Class*


**SO ORDERED:**


Entered: _____      _____
                                                                     United States District Judge