# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Roanoke Division)

| | |
|---|---|
| RILEY AMORE and <br> CAROLINE PARKER, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ASSOCIATION OF <br> VETERINARY CLINICIANS, *ET AL*., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 7:25-CV-00229 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **MOTION FOR PRO HAC VICE ADMISSION OF CHRISTOPHER R. BRENNAN**

On behalf of Defendant MedVet Associates, LLC ("MedVet"), the undersigned counsel moves the Court, pursuant to Local Rule 6(d), to admit Christopher R. Brennan ("Mr. Brennan") *pro hac vice* to this Court as counsel for MedVet in the above-captioned action, and in support states as follows:

1. Mr. Brennan is a partner in Pittsburgh, Pennsylvania office of Reed Smith LLP.

2. MedVet retained Mr. Brennan as legal counsel for the above-captioned action.

3. Mr. Brennan is licensed to practice before the Supreme Court of Pennsylvania. (Bar No. 313534). A copy of Mr. Brennan's certificate of good standing from the Supreme Court of Pennsylvania is attached hereto as **Exhibit A**.

4. Mr. Brennan has never been reprimanded in any court, nor has there been any action in any court pertaining to his conduct or fitness as a member of the bar.

5. Mr. Brennan certifies that he has read and is familiar with the Local Rules of this Court and agrees to abide by and comply with such rules.

6.      This application is made by Elizabeth V. Husebo, an associate with the Tysons, Virginia office of Reed Smith LLP, a member of the bar of this Court and local counsel for MedVet in the above-captioned matter. She will continue to receive pleadings, discovery and correspondence in this action.

**WHEREFORE**, for the foregoing reasons, Elizabeth V. Husebo respectfully requests that this Court admit Christopher R. Brennan *pro hac vice* to represent Defendant MedVet Associates, LLC in this action.

Dated: May 15, 2025

                                                     MEDVET ASSOCIATES, LLC

                                                     By Counsel:

*/s/ Elizabeth V. Husebo*
Elizabeth V. Husebo (VSB No. 96015)
Reed Smith LLP
7900 Westpark Drive
Suite T700
McLean, VA 22102
T: +1 703 641 4200
F: +1 703 641 4340
ehusebo@reedsmith.com

*Counsel for Defendant MedVet Associates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2025, I electronically filed the foregoing using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

/s/ *Elizabeth V. Husebo*
Elizabeth V. Husebo (VSB No. 96015)
Reed Smith LLP
7900 Westpark Drive
Suite T700
McLean, VA 22102
T: +1 703 641 4200
F: +1 703 641 4340
ehusebo@reedsmith.com
*Counsel for Defendant MedVet Associates, LLC*