# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### (Roanoke Division)

| | |
|---|---|
| RILEY AMORE and <br> CAROLINE PARKER, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ASSOCIATION OF <br> VETERINARY CLINICIANS, *ET AL.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 7:25-CV-00229 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Christopher R. Brennan, filed by Elizabeth V. Husebo on behalf of Defendant MedVet Associates, LLC, it is hereby ORDERED that Christopher R. Brennan is admitted to appear *pro hac vice* in this action as counsel for Defendant MedVet Associates, LLC.

Entered this _____ day of May ____, 2025.

_____
United States District Court Judge

1