

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Christopher Robert Brennan, Esq.*

#### DATE OF ADMISSION

*November 8, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 28, 2024

_____
Nicole Traini
Chief Clerk