**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

RILEY AMORE; and CAROLINE PARKER, *individually and on behalf of all others similarly situated*,

    *Plaintiffs*,

v.

AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL OPERATIONS, LLC; MEDVET ASSOCIATES, LLC; VETERINARY SERVICES OF NJ P.C., d/b/a RED BANK VETERINARY HOSPITAL; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,

    *Defendants*.

Case No. 7:25-cv-00229-EKD-CKM

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
June 09, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

## ORDER

Plaintiffs Riley Amore and Caroline Parker, with the consent of proposed Defendant Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital, filed a Consent Motion to Substitute Party pursuant to Fed. R. Civ. P. 25(c) to remove Red Bank Veterinary Hospital, P.C. as a party from this action and substitute Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital.

Finding good cause to do so, and with the agreement of the plaintiffs and Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital, it is hereby **ORDERED** that "Red Bank Veterinary Hospital, P.C." is **REMOVED** as a named party defendant in this action. "Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital" shall be

**SUBSTITUTED** as a defendant in this action in place of Red Bank Veterinary Hospital, P.C. It is further **ORDERED** that Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital shall assume all deadlines currently operative as to Red Bank Veterinary Hospital, P.C., including the deadlines set forth in the Court's Order setting a briefing schedule for pleadings responsive to the complaint. *See* ECF No. 51. The case caption and docket shall be amended to reflect the substitution.

**SO ORDERED:**

Entered:  6/9/2025

_____
Honorable C. Kailani Memmer
United States Magistrate Judge