# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE; and CAROLINE PARKER, *individually and on behalf of all others similarly situated*,<br>　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL OPERATIONS, LLC; MEDVET ASSOCIATES, LLC; VETERINARY SERVICES OF NJ P.C., d/b/a RED BANK VETERINARY HOSPITAL; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC.,<br><br>　　　　　　　　　　*Defendants*. | Case No. 7:25-cv-00229-EKD-CKM |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL A. LANCI

The undersigned counsel, Phillip V. Anderson, respectfully moves, pursuant to Western District of Virginia Local Rule 6(d), to admit Michael A. Lanci *pro hac vice* and to allow his participation as counsel for Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital in the above-styled action, and in support thereof states as follows:

　　　　1.　　　Undersigned counsel, Phillip V. Anderson, is a partner at Frith Anderson + Peake P.C., is duly authorized to practice law in the Commonwealth of Virginia, is a member in good standing of the Bar of this Court, and has entered his appearance as counsel for Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital.

2.      Mr. Lanci is admitted to practice, and a member in good standing of the Bar, in the State of New York (Bar No. 5709878).

3.      Mr. Lanci is also a member in good standing of the Bar of the United States District Court for the Southern District of New York.

4.      Mr. Lanci has not been the subject of any criminal or disciplinary actions in any jurisdiction.

5.      Mr. Lanci seeks admission *pro hac vice* for the limited purpose of appearing in the above-captioned matter and to appear in association with Mr. Anderson.

6.      Mr. Lanci has reviewed and agrees to comply with the Local Rules of this Court and will register for electronic case filing promptly upon the granting of this Motion.

7.      Mr. Lanci's business information is as follows:

> Michael A. Lanci
> SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM LLP
> One Manhattan West
> New York, New York 10001
> Telephone: (212) 735-3423
> michael.lanci@skadden.com

Accordingly, the movant respectfully requests that the Court grant this Motion for *Pro Hac Vice* Admission of Michael A. Lanci. A proposed order for consideration in this matter is attached.

| | |
|---|---|
| Dated: June 24, 2025 | Respectfully Submitted, |
| | /s/ *Phillip V. Anderson* |
| | Phillip V. Anderson (VSB No. 23758) |
| | Austin L. Obenshain (VSB No. 99494) |
| | FRITH ANDERSON + PEAKE PC |
| | 29 Franklin Road |
| | Roanoke, Virginia 24011 |
| | Telephone: (540) 772-4600 |
| | panderson@faplawfirm.com |
| | aobenshain@faplawfirm.com |
| | |
| | *Counsel for Defendant Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital* |

1369.0001\PVA
4899-9213-2432 .v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2025, I have electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which will provide notice of the same to such other CM/ECF users affiliated with this matter.

                                            /s/ *Phillip V. Anderson*
                                            Phillip V. Anderson (VSB No. 23758)
                                            Austin L. Obenshain (VSB No. 99494)
                                            FRITH ANDERSON + PEAKE PC
                                            29 Franklin Road
                                            Roanoke, Virginia 24011
                                            Telephone: (540) 772-4600
                                            panderson@faplawfirm.com
                                            aobenshain@faplawfirm.com

                                            *Counsel for Defendant Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital*

1369.0001\PVA
4899-9213-2432 .v1