**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| RILEY AMORE; and CAROLINE PARKER, *individually and on behalf of all others similarly situated*, <br>　　　　　　　　*Plaintiffs*, <br><br>v. <br><br>AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL OPERATIONS, LLC; MEDVET ASSOCIATES, LLC; VETERINARY SERVICES OF NJ P.C., d/b/a RED BANK VETERINARY HOSPITAL; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC., <br><br>　　　　　　　　*Defendants*. | Case No. 7:25-cv-00229-EKD-CKM |

# [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL A. LANCI

Upon consideration of the motion for admission of Michael A. Lanci, *pro hac vice*, it is **ORDERED** that the motion is granted, and Michael A. Lanci, a member of good standing of the New York Bar, is authorized to appear in this case as counsel for Defendant Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital in association with Phillip Anderson of Frith Anderson + Peake P.C.

**SO ORDERED:**

Entered:_____                    _____
                                              Honorable C. Kailani Memmer
                                              United States Magistrate Judge