# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RILEY AMORE; and CAROLINE PARKER, *individually and on behalf of all others similarly situated*, | |
| Plaintiffs, | |
| v. | |
| AMERICAN ASSOCIATION OF VETERINARY CLINICIANS; SOLUTION INNOVATIONS, INC.; VCA ANIMAL HOSPITALS, INC.; BLUEPEARL OPERATIONS, LLC; MEDVET ASSOCIATES, LLC; VETERINARY SERVICES OF NJ P.C., d/b/a RED BANK VETERINARY HOSPITAL; UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE; CUMMINGS SCHOOL OF VETERINARY MEDICINE AT TUFTS UNIVERSITY; PATHWAY VET ALLIANCE, LLC; THE ANIMAL MEDICAL CENTER, INC., | Case No. 7:25-cv-00229-EKD-CKM |
| Defendants. | |
| METE ENDER TUNCAY, DVM on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| vs. | Case No. 7:25-cv-00369-EKD-CKM |
| AMERICAN ASSOCIATION OF VETERINARY CLINICIANS, SOLUTION INNOVATIONS, INC., AMERICAN ASSOCIATION OF VETERINARY MEDICAL COLLEGES, THE AMERICAN VETERINARY MEDICAL ASSOCIATION, VCA ANIMAL HOSPITALS, INC., ETHOS VETERINARY HEALTH LLC, PATHWAY | |

| |
|---|
| VET ALLIANCE, LLC D/B/A THRIVE PET HEALTHCARE, MEDVET ASSOCIATES, LLC, TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE, TRUSTEES OF TUFTS COLLEGE, TUFTS UNIVERSITY CUMMINGS SCHOOL OF VETERINARY MEDICINE, CORNELL UNIVERSITY, CORNELL UNIVERSITY COLLEGE OF VETERINARY MEDICINE, UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, THE COLLEGE OF VETERINARY MEDICINE AT THE UNIVERSITY OF FLORIDA, OHIO STATE UNIVERSITY, OSU COLLEGE OF VETERINARY MEDICINE, TEXAS A&M UNIVERSITY SYSTEM, and TEXAS A&M COLLEGE OF VETERINARY MEDICINE AND BIOMEDICAL SCIENCE. |
| Defendants. |

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES REGARDING INITIAL CASE MANAGEMENT DEADLINES**

Pursuant to Rules 4, 12, and 42 of the Federal Rules of Civil Procedure, Plaintiffs in the actions styled *Amore v. American Association of Veterinary Clinicians, et al.*, No. 7:25-cv-00229 (W.D. Va.), and *Tuncay v. American Association of Veterinary Clinicians, et al.*, No. 7:25-cv-00369 (W.D. Va) (the "Actions," and plaintiffs in the Actions collectively, "Plaintiffs") and Defendants American Association of Veterinary Clinicians, Solutions Innovations, Inc., VCA Animal Hospitals, Inc., BluePearl Operations, LLC, MedVet Associates, LLC, Veterinary Services of NJ P.C., d/b/a Red Bank Veterinary Hospital, University of Pennsylvania School of Veterinary Medicine, Cummings School of Veterinary Medicine at Tufts University, Pathway Vet

Alliance, LLC, The Animal Medical Center, Inc., Ethos Veterinary Health, LLC, Trustees of the University of Pennsylvania, and Trustees of Tufts College (collectively, "Defendants") (and together with Plaintiffs, the "Parties," and singularly, a "Party")[1] stipulate, subject to the Court's approval, to the matters described in further detail below.

## SERVICE OF PROCESS AND CONSOLIDATION

1. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, Defendants agree to waive service of process with respect to any complaint in any of the Actions not served as of the date of this stipulation and further agree to accept service of process of the consolidated complaint via email and/or ECF notification.

2. Except as to the defense of insufficiency of service of process in this action, no defense of any of the Defendants, including, without limitation, defenses based upon lack of personal jurisdiction, subject matter jurisdiction, or venue, is prejudiced or waived by such Defendant's executing, agreeing to, or filing this stipulation.

3. Plaintiffs and Defendants agree that Defendants do not need to respond to the currently operative complaints in the above-captioned Actions.

4. The Parties agree that each of the Actions (Nos. 7:25-cv-00229 and 7:25-cv-00369) should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The Parties agree that consistent with consolidation under Rule 42(a), the following supports consolidation:

    a. Each Action involves common issues of law and fact, insofar as each Action alleges that the named Defendants conspired to restrain competition for veterinary interns and residents through the Veterinary Internship and Residency Match Program ("VIRMP") in violation of the Sherman Act;

---

[1] Not all Defendants are named in both Actions.

      b.      There is no risk of prejudice or confusion through consolidation because each Action involves the same alleged conduct by a largely overlapping group of Defendants and that any risk of confusion or prejudice is overcome by the likelihood of inconsistent rulings or judgments regarding the same course of alleged conduct were the Action to remain separate;

      c.      Consolidation will conserve the Parties' resources given the overlapping issues in each Action, including overlapping discovery demands, and will reduce the burden on potential witnesses, who will substantially overlap between the two Actions; and

      d.      Consolidation will promote judicial economy, avoiding duplicative and potentially inconsistent rulings across each Action.[2]

5.      The Parties agree that *Amore v. American Association of Veterinary Clinicians, et al.*, No. 7:25-cv-00229 (W.D. Va.) shall be designated the "Lead Case File" and that a docket sheet be maintained for that file which shall include all filings subsequently consolidated with the Lead Case File.

6.      The Parties agree that any actions later instituted in, removed to, or transferred to this Court (including cases transferred for pretrial purposes under 28 U.S.C. §1407) that involve allegations of antitrust violations concerning the use of the VIRMP on behalf of veterinary interns or residents likewise be consolidated with the Actions in the Lead Case File.

---

[2]    *See Seabrooks v. Evans Delivery Co.*, 2020 WL 6122294, at *2-3 (W.D. Va. Oct. 16, 2020) (granting consolidation of actions because of overlapping factual and legal issues, lack of prejudice or confusion through consolidation, and conservation of party and judicial resources).

## FORTHCOMING CASE MANAGEMENT DEADLINES

7. The Parties agree that the Court's May 15, 2025 Minute Order granting Plaintiffs' Motion to Set Briefing Schedule should be vacated, and the following schedule shall control:

8. Plaintiffs will file any motions for the appointment of lead and liaison counsel pursuant to Fed. R. Civ. P. 23(g) the later of **June 25, 2025,** or two business days after the Court enters this Stipulation and [Proposed] Order. No replies shall be permitted. Plaintiffs respectfully request that the Court hold a hearing on their motions for leadership.

9. Plaintiffs will file a consolidated complaint no later than **30 days** after an order appointing Plaintiffs' lead counsel and liaison counsel.

10. Within **60 days** after Plaintiffs file a consolidated complaint, Defendants shall answer or otherwise respond to the consolidated complaint pursuant to Rule 12.

11. Plaintiffs shall file briefs in opposition to any motion(s) to dismiss **within 60 days** of Defendants' answers or responsive motions.

12. Defendants shall file any replies in support of their motion(s) to dismiss **within 30 days** of Plaintiffs' oppositions.

Dated: June 24, 2025.                    Respectfully submitted,

/s/ Roman Lifson
Roman Lifson (VSB #43714)
David B. Lacy (VSB #71177)
CHRISTIAN & BARTON, LLP
901 E. Cary Street, Suite 1800
Richmond, VA 23219
Tel: (804) 697-4100
Fax: (804) 697-6112
rlifson@cblaw.com
dlacy@cblaw.com

        Frank S. Hedin (*pro hac vice*)
        Florida Bar No. 109698
        Julie Holt (*pro hac vice*)
        Florida Bar No. 95997
        HEDIN LLP
        1395 Brickell Avenue, Suite 610
        Miami, Florida 33131
        Telephone: (305) 357-2107
        fhedin@hedinllp.com
        jholt@hedinllp.com

        Tyler K. Somes (*pro hac vice*)
        Washington DC Bar No. 90013925
        HEDIN LLP
        1100 15th Street NW, Ste 04-108
        Washington, D.C. 20005
        Telephone: (202) 900-3331
        tsomes@hedinllp.com

        Matthew J. Perez (*pro hac vice*)
        New York Bar. No. 4937728
        SCOTT+SCOTT ATTORNEYS AT LAW LLP
        The Helmsley Building
        230 Park Avenue, 24th Floor
        Telephone: (212) 233-6444
        Facsimile: (212) 223-6334
        matt.perez@scott-scott.com

        Patrick McGahan (*pro hac vice*)
        New York Bar. No. 5770276
        SCOTT+SCOTT ATTORNEYS AT LAW LLP
        156 South Main Street
        P.O. Box 192
        Colchester, CT 06145
        Telephone: (860) 537-5537
        Facsimile: (860) 537-4432
        pmcgahan@scott-scott.com

        *Counsel for Plaintiffs Riley Amore and Caroline*
        *Parker and the Proposed Class*

*/s/ Rosalie Pemberton Fessier*
Rosalie Pemberton Fessier
Virginia Bar Number: 39030
TIMBERLAKESMITH
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
Telephone: 540-885-1517
Fax: 540/885-4537
rfessier@timberlakesmith.com

Joshua P. Davis (pro hac vice)
California Bar Number: 193254
Julie A. Pollock (pro hac vice)
California Bar Number: 346081
Hope Brinn (pro hac vice)
California Bar Number: 338508
BERGER MONTAGUE
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: 1-800-424-6690
jdavis@bm.net
jpollock@bm.net
hbrinn@bm.net

Steven F. Molo (pro hac vice)
New York Registration Number: 4221743
Cody A. Wiles (pro hac vice)
New York Registration Number: 5983895
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: 212-607-5951
smolo@mololamken.com
cwiles@mololamken.com

Eric A. Posner (pro hac vice)
Illinois Bar Number: 6329216
MOLOLAMKEN LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
eposner@mololamken.com

Eric Nitz
Virginia Bar Number: 82471

MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, DC 20037
Telephone: 202-556-2000
enitz@mololamken.com

*Counsel for Plaintiff Mete Ender Tuncay, DVM and the Proposed Class*

**SO ORDERED.**

Dated: _____  _____
Elizabeth K. Dillon
Chief U.S. District Judge