CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
July 01, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Riley Amore, et al., <br>     Plaintiffs, | Civil Action No. 7:25cv00229 |
| v. | ORDER |
| American Association of Veterinary Clinicians, et al., <br>     Defendants. | By:    Joel C. Hoppe <br> United States Magistrate Judge |

Before the Court is the parties' Stipulation. ECF No. 91. The Court construes the stipulation as a motion to consolidate, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; to set rules for service, pursuant to Rule 4 of the Federal Rules of Civil Procedure; and to establish certain deadlines, pursuant to Rule 12 of the Federal Rules of Civil Procedure. The Court hereby GRANTS the stipulation as follows:

    1. The Court ADOPTS the stipulation as to service of process. Stipulation, ¶¶ 1–3.

    2. The Court finds that based on the parties' representations and the allegations in the Complaints in *Amore, et al. v. American Association of Veterinary Clinicians, et al.*, 7:25cv00229 ("Amore"), and *Tuncay v. American Association of Veterinary Clinicians, et al.*, 7:25cv000369, that the cases involve common questions of law and fact. Fed. R. Civ. P. 42(a). Accordingly, Case Nos. 7:25cv00229 and 7:25cv00369 are hereby consolidated and *Amore* will be designated the lead case. The Court will consider any motions to consolidate later filed cases.

    3. Motions for appointment of counsel, Fed. R. Civ. P. 23(g), shall be filed by July 7, 2025.

    4. Plaintiffs shall file a consolidated complaint no later than August 6, 2025. Defendants shall file an answer or otherwise respond to the consolidated complaint within sixty (60) days after the consolidated complaint is filed. Plaintiffs shall file any brief in opposition to a motion to

dismiss within sixty (60) days after the motion is filed. Defendants shall file any reply brief within thirty (30) days after Plaintiffs' brief in opposition is filed.

The Clerk is directed to file a copy of this Order in *Tuncay v. American Association of Veterinary Clinicians, et al.*, 7:25cv000369.

It is so ORDERED.

ENTERED: July 1, 2025

Joel C. Hoppe
United States Magistrate Judge