| Attorney or Party without Attorney:<br>Eric R. Nitz, Esq.<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York , NY 10022<br>Telephone No: 212-607-8152<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>2534709 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Western District of Virginia | | |
| Plaintiff: Mete Ender Tuncay<br>Defendant: American Association of Veterinary Clinicians, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00369-EKD-CKM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served:    American Association of Veterinary Medical Colleges
   b. Person served:   Dorothy Gray , Interim CEI/CDO , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   655 K Street Northwest Suite 725, Washington, DC 20001

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jun 18 2025 (2) at: 11:15 AM

6. **Person Who Served Papers:**
   a. Erik Advincula
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_6/27/2025_
(Date)

_(Signature)_



PROOF OF SERVICE

13503174
(407939)