**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| METE ENDER TUNCAY, DVM, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ASSOCIATION OF VETERINARY CLINICIANS, et al.,<br><br>Defendants. | Case No: 7:25-cv-00229<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT IF LEAVE IS REQUIRED** |

Concurrently with this Motion, Plaintiffs Mete Ender Tuncay, DVM, and Sonya Shaw, DVM, file their First Amended Consolidated Class Action Complaint. For the reasons explained in the accompanying Memorandum of Law, Plaintiffs are entitled to amend as a matter of course pursuant to Rule 15(a)(1)(B). To the extent that Rule does not apply, Plaintiffs respectfully request leave to amend under Rule 15(a)(2).

Date: June 16, 2026

Respectfully submitted,

/s/ Eric R. Nitz

Steven F. Molo (*pro hac vice*)
New York Registration Number: 4221743
Cody A. Wiles (*pro hac vice*)
New York Registration Number: 5983895
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: 212-607-8160
smolo@mololamken.com
cwiles@mololamken.com

Eric R. Nitz
Virginia Bar Number: 82471
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.,
Suite 500
Washington, D.C. 20037
Telephone: 202-556-2000
enitz@mololamken.com

Eric A. Posner (*pro hac vice*)
Illinois Bar Number: 6329216
Matthew E. Gold (*pro hac vice*)
Illinois Bar Number: 6323956
**MOLOLAMKEN LLP**
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
eposner@mololamken.com
mgold@mololamken.com

Rosalie Pemberton Fessier
Virginia Bar Number: 39030
**TIMBERLAKESMITH**
25 North Central Avenue
P.O. Box 108
Staunton, VA 24402
Telephone: 540-885-1517
Fax: 540-885-4537
rfessier@timberlakesmith.com

Eric L. Cramer (*pro hac vice* pending)
**BERGER MONTAGUE**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: 215-875-3000
ecramer@bergermontague.com

Joshua P. Davis (*pro hac vice*)
California Bar Number: 193254
Julie A. Pollock (*pro hac vice*)
California Bar Number: 346081
Matthew Summers (*pro hac vice* pending)
California Bar Number: 349288
**BERGER MONTAGUE**
505 Montgomery Street,
Suite 625
San Francisco, CA 94111
Telephone: 1-800-424-6690
jdavis@bergermontague.com
jpollock@bergermontague.com
msummers@bergermontague.com

Mariyam Hussain (*pro hac vice*)
Illinois Bar Number: 6304816
**BERGER MONTAGUE**
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone: 773-666-4316
mhussain@bergermontague.com

*Counsel for Plaintiffs Mete Tuncay, Sonya Shaw, Sarah Jones, and Allison Cox*